

**Phone:(212) 265-7200**
**Fax: (917) 210-3075**
**Gary@mayerslaw.com**

200 W 41st Street 17th Floor
NEW YORK, NY 10036

---

June 7, 2024

**VIA ECF Submission**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: K.A., et al. v. City of N.Y., et al., 24-cv-01117 (PAE)**

Dear Judge Engelmayer:

I am the attorney who is representing Petitioners' in the above-referenced action wherein Plaintiffs seek, *inter alia*, compliance with underlying administrative orders, injunctive relief, and attorneys' fees, costs, and expenses for legal work performed on the administrative proceedings, as well as for this action, pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. 1400, *et seq*.

I write to respectfully request an adjournment of the Pre-Trial Conference currently scheduled for July 10th, 2024 at 3pm. Defendants consent to this request. The reason for this request for an adjournment is that I am scheduled for another hearing appearance very close to the time of the currently scheduled conference in this matter and would not be able to physically make it to both. I would, however, be able to make a telephonic/virtual conference, should Your Honor decide that a virtual Pre-Trial Conference is acceptable.

However, if not, some possible dates for rescheduling that myself and the counsel for Defendants' are available are as follows: July 15th, July 18th, July 19th, July 22nd, July 23rd.

Thank you for considering this request.

Respectfully submitted,

*s/ Gary S. Mayerson*

Gary S. Mayerson

Cc: Eric Teszler, Esq. (via ECF)

---

The initial pre-trial conference scheduled for July 10, 2024 at 3 p.m. will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
June 10, 2024