UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

K.A. *et al.*,

                              Plaintiffs,

                -v-

CITY OF NEW YORK *et al.*,

                              Defendants.

24 Civ. 1117 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 17, 2024, the Court scheduled a case management conference in this matter for November 12, 2024 at 10:00 a.m. Due to an unavoidable conflict, the Court adjourns that telephonic conference to **November 12, 2024 at 12:00 p.m.** The Court has confirmed with counsel that they are available at this time.

SO ORDERED.

                                                              PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: November 12, 2024
           New York, New York