UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

K.A. *et al*,

                              Plaintiffs,

        -v-

CITY OF NEW YORK *et al*,

                              Defendants.

24 Civ. 1117 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next status update is due **December 10, 2024**. Status updates thereafter remain due every 28 days.

- The parties shall file a joint letter by **December 23, 2024** stating whether they have resolved by settlement all outstanding substantive claims. In the event that settlement has not been consummated by that date, the parties must include a proposed expedited schedule for next steps in the litigation.

- Fact discovery is extended until **January 6, 2025**.

- If settlement of the substantive claims has been consummated by December 23, 2024, the parties shall file a joint letter by **February 18, 2025** stating whether they have resolved by settlement all attorneys' fees, costs, and expenses, and, if not, proposing a prompt date thereafter for such a disposition.

1

SO ORDERED.

                                                                                     Paul A. Engelmayer
                                                                                     United States District Judge

Dated: November 12, 2024
       New York, New York