

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Teszler**
*Assistant Corporation Counsel*
Office: (212) 356-1652

June 4, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *K.A., et al. v. City of N.Y., et al.*, 24-cv-01117 (PAE)

Dear Judge Engelmayer:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

    I write, jointly with Plaintiffs, to respectfully request a one-week extension of time from today, June 4, 2025 (*see* ECF No. 47), to next Wednesday, June 11, 2025, for the parties to file a settlement agreement to be "so ordered" by the Court for the purposes of the Court's retaining jurisdiction over the enforcement of the agreement. This is the parties' first such extension request. The parties make this request on the grounds that, as this matter involves dozens of Plaintiffs whose claims arise from various underlying administrative actions, there is a substantial amount of information for the parties to include in the settlement documents, and which also require approval from the Plaintiffs. At this juncture, Plaintiffs are reviewing a draft settlement agreement that was recently provided by Defendants.

    In light of the foregoing, the parties respectfully request that they be granted an extension of time to June 11, 2025 to file a settlement agreement with the Court.

    Thank you for considering this request.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:    All counsel of record (via ECF)

GRANTED.
SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge

June 5, 2025
New York, New York